IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH LESLIE DRAFFEN,

    Petitioner,

-vs-

BRAD J. ROBERT,

    Respondent.                    No. 13-cv-1149-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on December 12, 2014 (Doc.17), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and this action is **DISMISSED WITH PREJUDICE**. The Court further **DENIES** Petitioner a Certificate of Appealability.

                                  JUSTINE FLANAGAN,
                                  ACTING CLERK OF COURT

                                BY:   s/*Cheryl A. Ritter*
                                           Deputy Clerk

**DATED:** December 15, 2014

Digitally signed by David R. Herndon
Date: 2014.12.15 10:48:56 -06'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**